**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-4626**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIK G. TYLER,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CR-00-121-AW)

---

Submitted:  December 20, 2000          Decided:  January 8, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Wyda, Federal Public Defender, Beth M. Farber, Assistant Federal Public Defender, Baltimore, Maryland, for Appellant.  Lynne A. Battaglia, United States Attorney, Steven M. Dettelbach, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric G. Tyler appeals his conviction for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (West Supp. 2000).  We affirm.

Tyler contends that the district court erred by excluding photographic evidence presented by defense counsel.  "[D]ecisions regarding the admission and exclusion of evidence are peculiarly within the province of the district court, not to be reversed on appeal absent an abuse of discretion." United States v. Ellis, 121 F.3d 908, 926 (4th Cir. 1997) (citation omitted).

We have reviewed the record and briefs and find that the district court did not abuse its discretion by excluding the photograph.  Accordingly, we affirm Tyler's conviction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2